UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| EUNICE JOHNSON, | : | Civil No.: 17-10452 |
| | : | |
| *Plaintiff,* | : | Hon. Matthew F. Leitman |
| | : | United States District Judge |
| v. | : | |
| | : | Hon. David R. Grand |
| ANDREW SAUL, | : | United States Magistrate Judge |
| COMMISSIONER OF | : | |
| SOCIAL SECURITY, | : | |
| | : | |
| *Defendant.* | : | |

_____/

## ORDER ON MOTION FOR AWARD OF § 406(b) FEES

Plaintiff's motion for an award of attorney fees under 42 U.S.C. § 406(b) in the amount of $9,735.00 (Docket No. 27) is **GRANTED**. The Commissioner has no objection to this motion (Docket No. 27 at 6 n.2). That award amounts to 25% of the past due benefits of $38,940.01 that the attorney's efforts obtained for Plaintiff in this case. I conclude under the circumstances that it is reasonable. *See Gisbrecht v. Barnhart*, 535 U.S. 789 (2002).[1] This order has been presented and approved by Attorney Ronald Makawa from the Office of General Counsel of the Social Security Administration.

---

[1] Since this Court denied Plaintiff's attorney's motion for fees under the Equal Access to Justice Act ("EAJA") (Docket No. 25), there is no EAJA award to return to the claimant. *See Gisbrecht*, 535 U.S. at 796 ("Fee awards may be under both [the EAJA and § 406(b)], but the claimant's attorney must refund to the claimant the amount of the smaller fee.") (internal quotation and alteration omitted).

| | |
|---|---|
| s/ Wesley J. Lamey | s/Ronald W. Makawa[2] |
| Wesley J. Lamey | Ronald W. Makawa |
| Michigan Bar #73613 | Social Security Administration |
| Ball, Banton, and Johnson, P.C. | Office of the General Counsel |
| 28755 Schoenherr Rd., Ste. 100 | 15 New Sudbury St. |
| Warren, MI 48088 | Room 625 |
| Attorney for Plaintiff | Boston, MA 02203 |

**IT IS SO ORDERED.**

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: October 24, 2019

---

[2] Signed with consent obtained via email communication on October 24, 2019.